### 6364.  LEWIS *v.* THE STATE.

BROYLES, J. In this case the defendant made no statement; and, the uncontradicted evidence fully authorizing a verdict of murder, he will not be heard to complain that he was convicted of a lesser grade of homicide.        *Judgment affirmed.*

DECIDED SEPTEMBER 23, 1915.

Indictment for murder—conviction of manslaughter; from Miller superior court—Judge Worrill. January 7, 1915.

*W. I. Geer,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.